# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    v.

TERENCE ALEXANDER JONES

)
)
)

CR NO: 2:11-CR-0088 KJM

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum    ☐ Ad Testificandum.

Name of Detainee: **TERENCE ALEXANDER JONES**

Detained at (custodian): **RED ROCK CORRECTIONAL CENTER**

Detainee is:    a.)    ☐ charged in this district by:
    ☒ Indictment    ☐ Information    ☐ Complaint
Charging Detainee With: **POSSESSION OF STOLEN MAIL**

or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ☐ return to the custody of detaining facility upon termination of proceedings
or    b.)    ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Samantha S. Spangler
Printed Name & Phone No: **SAMANTHA S. SPANGLER (916) 554-2792**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *FORTHWITH*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

March 2, 2011
Date

United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | AC7344 | DOB: | 08/16/1974 |
| Facility Address: | 1750 East Arica Road | Race: | |
| | Eloy, AZ 85153 | FBI #: | |
| Facility Phone: | (520)464-3800 | | |
| Currently Incarcerated For: | POSSESSION OF STOLEN MAIL | | |

**RETURN OF SERVICE**

Executed on _____ by _____

Form Crim-48      Revised 11/19/97