```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   Case No. 2:11-cr-88 KJM
                                 )
12            Plaintiff,         )   STIPULATION FOR PROTECTIVE
                                 )   ORDER; ORDER
13  v.                           )
                                 )
14  TERENCE ALEXANDER JONES,     )
                                 )
15            Defendant.         )
                                 )
16
17       Plaintiff United States of America and defendant Terence
18  Alexander Jones, through undersigned counsel, hereby stipulate that
19  the Court may enter this protective order, under the following terms
20  and conditions:
21       1)  The government has agreed to provide defense counsel with
22  an advance copy of the discovery in this case, unredacted.
23       2)  Defense counsel agrees that she will not provide to the
24  defendant any report or other discovery document that contains the
25  name and/or address and/or telephone number of any individual whose
26  mail was stolen or whose car was stolen.  The defendant may see the
27  documents, but he may not make any notes of any of the names or
28  other personal identifying information contained in the documents.
```

Alternatively, defense counsel may choose to provide the defendant a redacted copy of the discovery, after first allowing the undersigned prosecutor an opportunity to view the proposed redacted version of the discovery and comment upon the quality of the redactions.

    3) The defendant will not personally be involved in any attempt to contact any of the individuals whose mail or car was stolen.  Instead, that contact may be made by the Federal Defender's Investigator, who must make it clear to the individual that he works for the Federal Defender's Office, who represents the defendant.  If that individual does not wish to speak to the Investigator, the Investigator will honor that desire.

    4) Both parties agree that the Court (the duty Magistrate Judge) may issue an order upon this Stipulation.

    It is so stipulated.

DATED: March  23 , 2011        BENJAMIN B. WAGNER
                                  UNITED STATES ATTORNEY

                             by   /s/ Samantha S. Spangler
                                  Samantha S. Spangler
                                  Assistant U.S. Attorney

DATED: March  22 , 2011        DANIEL J. BRODERICK
                                  FEDERAL DEFENDER

                             by   /s/ Courtney Fein
                                  Courtney Fein
                                  Assistant Federal Defender
                                  Counsel for Defendant T. Jones

## Order

    Good cause appearing, the same is hereby ORDERED.

DATED: March 25, 2011
                                  /s/ Gregory G. Hollows
                                GREGORY G. HOLLOWS
                                United States Magistrate Judge