DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
TERENCE ALEXANDER JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:11-cr-00088-KJM |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER; CONTINUINGSTATUS CONFERENCE AND EXCLUDING TIME** |
| TERENCE ALEXANDER JONES, | ) | |
| Defendant. | ) | |
| | ) | Date: April 7, 2011<br>Time: 10:00 a.m.<br>Judge: Hon. Kimberly J. Mueller |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMANTHA SPANGLER, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for Terence Alexander Jones, that the status conference hearing date of April 7, 2011 be vacated, and the matter be set for status conference on April 28, 2011 at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, and continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 28, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: April 5, 2011.               Respectfully submitted,

                                                       DANIEL J. BRODERICK
                                                      Federal Public Defender

                                                      /s/ Courtney Fein
                                                      COURTNEY FEIN
                                                      Designated Counsel for Service
                                                      Attorney for Terence Alexander Jones

DATED: April 5, 2011.               BENJAMIN WAGNER
                                                      United States Attorney

                                                     /s/ Samantha Spangler
                                                     SAMANTHA SPANGLER
                                                     Assistant U.S. Attorney
                                                     Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April 7, 2011, status conference hearing be continued to April 28, 2011, at 10:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the April 28, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: April 5, 2011.

_____
UNITED STATES DISTRICT JUDGE