DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
TERENCE ALEXANDER JONES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 11-88 KJM |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JUNE 30, 2011, AT 10:00 A.M. |
| v. ) | |
| TERENCE ALEXANDER JONES, ) | Date: June 2, 2011 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Kimberly J. Mueller |

THE PARTIES STIPULATE, through counsel, Samantha S. Spangler, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Terence Alexander Jones, that the Court should vacate the status conference scheduled for June 2, 2011, at 10:00 a.m., and reset it for June 30, 2011, at 10:00 a.m.

Counsel for defendant requires further time to review discovery and to negotiate with the government in an effort to resolve this matter.

The parties further stipulate that the Court should exclude the period from the date of this order through June 30, 2011, when it computes the time within which the trial of the above criminal

STIPULATION AND ORDER                    1                              11-88 KJM

prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Jones' request for a continuance outweigh the best interest of the public and Mr. Jones in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: May 27, 2011                     Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ M.Petrik
                                        _____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender

Dated: May 27, 2011                     BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ M.Petrik for
                                        _____
                                        SAMANTHA S. SPANGLER
                                        Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The status conference is continued to June 30, 2011, at 10:00 a.m. The Court finds a continuance necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through June 30, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: May 31, 2011.

                                        _____
                                        UNITED STATES DISTRICT JUDGE